Avraham C. Moskowitz, Esq.
MOSKOWITZ & BOOK, LLP
1372 Broadway, Suite 1402
New York, NY 10018
Tel: 212-221-7999

Attorneys for Defendant
  Steven Ginsberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

STEVEN GINSBERG,

          Defendant.

---

08 Cr. 194 (SHS)

NOTICE OF APPEARANCE

TO: Clerk of Court
    United States District Court
    Southern District of New York
    500 Pearl Street
    New York, NY 10007

      The undersigned attorneys respectfully request the Clerk to note their appearance in this case and to add them as Filing Users to whom Notice of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       May 14, 2008

                           Respectfully submitted

                           MOSKOWITZ & BOOK, LLP

                           By:/s/_____
                             Avraham C. Moskowitz
                           amoskowitz@moskowitzandbook.com

                           By:/s/_____
                             Jonathan S. Konovitch
                           1372 Broadway, Suite 1402
                           New York, NY 10018
                           Tel: 212-221-7999
                           Fax: 212-398-8835
                           jkonovitch@moskowitzandbook.com

                           Attorneys for Steven Ginsberg

cc: ALL ATTORNEYS OF RECORD VIA ECF